SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

-----------------------------------------------------------------X

BETZAIDA WHYTE-YARD,

                    Plaintiff,

    -against-

IPPOLITO INDUSTRIES, INC., and SANTOS P.
CAMACHO,

                  Defendants.

-----------------------------------------------------------------X

Index No.:

**SUMMONS**

Plaintiff designates Kings
County as the place of trial.

The basis of venue is the
plaintiff's residence.
The plaintiff resides at
425 Chester Street
Brooklyn, NY 11212

To the above-named Defendants:

      **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve
a copy of your Answer, or, if the Complaint is not served with this Summons, to serve a Notice of
Appearance, on the plaintiff's attorneys within 20 days after the service of this Summons, exclusive
of the day of service (or within 30 days after the service is complete, if this Summons is not
personally delivered to you within the State of New York); and in case of your failure to appear or
answer, judgment will be taken against you by default for the relief demanded in the Complaint.

Dated: New York, New York
       May 21, 2018

                          Yours, etc.,

                          Victor Goldblum
                          WINGATE, RUSSOTTI, SHAPIRO &
                          HALPERIN, LLP
                          Attorneys for Plaintiff
                          420 Lexington Avenue
                          Suite 2750
                          New York, NY 10170
                          (212) 986-7353

TO:     IPPOLITO INDUSTRIES, INC.
         1 Boumar Place
         Elmwood Park, NJ 07407

         SANTOS P. CAMACHO
         150 Gaston Avenue
         Garfield, NJ 07026

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
BETZAIDA WHYTE-YARD,

                              Plaintiff,

      -against-

IPPOLITO INDUSTRIES, INC., and SANTOS P.
CAMACHO,

                             Defendants.
-------------------------------------------------------------------X

**VERIFIED COMPLAINT**

Index No.:

Plaintiff, by her attorneys, WINGATE, RUSSOTTI, SHAPIRO & HALPERIN, LLP, as and for her Verified Complaint, upon information and belief, alleges the following:

1.      At all times hereinafter mentioned, the plaintiff, BETZAIDA WHYTE-YARD, was and still is a resident of the County Kings, City and State of New York.

2.      At all times hereinafter mentioned, the defendant, IPPOLITO INDUSTRIES, INC., was a domestic corporation duly licensed to do business under the laws of the State of New York.

3.      At all times hereinafter mentioned, the defendant, IPPOLITO INDUSTRIES, INC., was a foreign corporation duly licensed to do business under the laws of New York.

4.      That at all times mentioned herein, the defendant, IPPOLITO INDUSTRIES, INC., transacted business within the State of New York; regularly did or solicited business within the State of New York or engaged in other persistent courses, conduct and/or derived substantial revenue from goods used or consumed or services rendered in the State of New York and expected or should have reasonably expected its acts to have consequences within the State of New York and/or derived substantial revenue from interstate or international commerce.

5.      At all times hereinafter mentioned, the defendant, IPPOLITO INDUSTRIES, INC., was a partnership authorized to do business in the State of New York.

6.      At all times hereinafter mentioned, the defendant, IPPOLITO INDUSTRIES, INC., was a business entity authorized to do business in the State of New York.

7.      That on November 12, 2016, and at all times hereinafter mentioned, the defendant, IPPOLITO INDUSTRIES, INC., was the owner of a certain motor vehicle bearing New Jersey State license plate number AS818D.

8.      That on November 12, 2016, and at all times hereinafter mentioned, the defendant, IPPOLITO INDUSTRIES, INC., was the lessee of a certain motor vehicle bearing New Jersey State license plate number AS818D.

9.      That on November 12, 2016, and at all times hereinafter mentioned, the defendant, IPPOLITO INDUSTRIES, INC., was the lessor of a certain motor vehicle bearing New Jersey State license plate number AS818D.

10.     That on November 12, 2016, and at all times hereinafter mentioned, the defendant, IPPOLITO INDUSTRIES, INC., maintained a certain motor vehicle bearing New Jersey State license plate number AS818D.

11.     That on November 12, 2016, and at all times hereinafter mentioned, the defendant, IPPOLITO INDUSTRIES, INC., controlled a certain motor vehicle bearing New Jersey State license plate number AS818D.

12.     That on November 12, 2016, and at all times hereinafter mentioned, the defendant, IPPOLITO INDUSTRIES, INC., repaired  a certain motor vehicle bearing New Jersey State license plate number AS818D.

2

13.    That on November 12, 2016, and at all times hereinafter mentioned, the defendant, SANTOS P. CAMACHO, was the owner of a certain motor vehicle bearing New Jersey State license plate number AS818D.

14.    That on November 12, 2016, and at all times hereinafter mentioned, the defendant, SANTOS P. CAMACHO, was the lessee of a certain motor vehicle bearing New Jersey State license plate number AS818D.

15.    That on November 12, 2016, and at all times hereinafter mentioned, the defendant, SANTOS P. CAMACHO, was the lessor of a certain motor vehicle bearing New Jersey State license plate number AS818D.

16.    That on November 12, 2016, and at all times hereinafter mentioned, the defendant, SANTOS P. CAMACHO, operated  a certain motor vehicle bearing New Jersey State license plate number AS818D.

17.    That on November 12, 2016, and at all times hereinafter mentioned, the defendant, SANTOS P. CAMACHO, maintained a certain motor vehicle bearing New Jersey State license plate number AS818D.

18.    That on November 12, 2016, and at all times hereinafter mentioned, the defendant, SANTOS P. CAMACHO, controlled a certain motor vehicle bearing New Jersey State license plate number AS818D.

19.    That on November 12, 2016, and at all times hereinafter mentioned, the defendant, SANTOS P. CAMACHO, repaired  a certain motor vehicle bearing New Jersey State license plate number AS818D.

3

20.     That on November 12, 2016, and at all times hereinafter mentioned, the defendant, SANTOS P. CAMACHO, operated and controlled the aforesaid motor vehicle with the express permission and consent of defendant, IPPOLITO INDUSTRIES, INC.

21.     That on November 12, 2016, and at all times hereinafter mentioned, the defendant, SANTOS P. CAMACHO, operated and controlled the aforesaid motor vehicle with the implied permission and consent of defendant, IPPOLITO INDUSTRIES, INC.

22.     That on November 12, 2016, and at all times hereinafter mentioned, the defendant, SANTOS P. CAMACHO, operated and controlled the aforesaid motor vehicle within the course of his employment with defendant, IPPOLITO INDUSTRIES, INC.

23.     That on November 12, 2016, and at all times hereinafter mentioned, the plaintiff, BETZAIDA WHYTE-YARD, operated and controlled a certain motor vehicle New York State license plate number GVK4300.

24.     That on November 12, 2016, and at all times hereinafter mentioned, Canal Street at or near Mott Street, was, and still is, a public road and/or thoroughfare in the County, City and State of New York, (hereinafter the "location").

25.     That on November 12, 2016, and at all times hereinafter mentioned, the aforesaid motor vehicles came into contact with each other at the aforesaid location.

26.     The aforesaid occurrence was caused by the negligence, carelessness and recklessness of the defendants, their agents, servants and/or employees in the ownership, operation, maintenance, entrustment and control of their motor vehicle, and/or in the negligent hiring, supervision and/or retention of their employees, without any negligence, carelessness or recklessness on the part of the plaintiff contributing thereto.

4

27.     That this action falls within one or more of the exceptions set forth in Section 1602 of the CPLR.

28.     By reason of the foregoing occurrence, the plaintiff, BETZAIDA WHYTE-YARD, sustained serious injury as defined in Section 5102 (d) of the Insurance Law of the State of New York and/or economic loss greater than basic economic loss as defined in Section 5102 (a) of the Insurance Law of the State of New York.

29.     By reason of the foregoing the plaintiff, BETZAIDA WHYTE-YARD, sustained serious and severe permanent and personal injuries, all to her damage, in a sum which exceeds the jurisdictional limit of all lower Courts which would otherwise have jurisdiction.

**WHEREFORE**, plaintiff demands judgment against the defendants in a sum which exceeds the jurisdictional limit of all lower Courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Yours, etc.,

Victor Goldblum
WINGATE, RUSSOTTI, SHAPIRO & HALPERIN, LLP
Attorneys for Plaintiff
420 Lexington Avenue
Suite 2750
New York, NY 10170
(212) 986-7353

5

## VERIFICATION BY ATTORNEY

Victor Goldblum, an attorney duly admitted to practice before the Courts in the State of New York, hereby affirms, under the penalties of perjury, as follows:

1.      That deponent is the attorney for the plaintiff in the action within; that deponent has read the foregoing **VERIFIED COMPLAINT** and know the contents thereof; that the same is true to deponent's own knowledge except as to the matters therein stated to be alleged upon information and belief, and as to those matters deponent believes it to be true.

2.      The reason that this verification is not made by plaintiff and is made by deponent is that plaintiff does not reside in the county where the attorneys for the plaintiff have their office.

3.      Deponent further says that the source of deponent's information and the grounds of deponent's belief as to all matters not stated upon deponent's knowledge are from investigations made on behalf of said plaintiff.

_____
Victor Goldblum

6

Index No.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

BETZAIDA WHYTE-YARD,

                    Plaintiff,

    -against-

IPPOLITO INDUSTRIES, INC., and SANTOS P. CAMACHO,

                    Defendants.

## SUMMONS and VERIFIED COMPLAINT

# WINGATE, RUSSOTTI, SHAPIRO & HALPERIN, LLP
*Attorneys for Plaintiff(s)*
**420 Lexington Avenue**
**Suite 2750**
**New York, New York 10170**
**(212) 986-7353**
*Facsimile* **(212) 953-4308**

TO: